# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>JUAN GOYENECHE,<br><br>               Defendant. | Violation No./Location Code: CA24<br><br>USDC Case No. 5:17-cr-00001-JLT<br><br><br>**ORDER TO PAY**<br>(Violation Notice) |

**DEFENDANT IS HEREBY ORDERED TO PAY/COMPLY WITH THE FOLLOWING:**
**PAY A FIXED-SUM** on the following charge(s) and to pay that fixed-sum on the payment schedule ordered below:

Charge(s):  
43 CFR 4140.1(b)(1)(i)

Nature of Charge(s):  
GRAZE LIVESTOCK W/O PERMIT

PAY a **FINE** of $ _____, a **SPECIAL ASSESSMENT** of $ 25.00, and a **PROCESSING FEE** of $ 0.00 for a **TOTAL AMOUNT** of $ 25.00,

[✓] **PAID IN FULL** by July 5, 2018, [ ] MONTHLY PAYMENTS of $ _____ per month, commencing on _____ and due on the _____ of each month until PAID IN FULL. **NOTE:** Late payments could be subject to late/delinquent charges imposed by the Court. If your conviction also involves a moving violation, an abstract could be placed against your driving record if your fine is not paid timely.

[ ] REVIEW/Post Sentencing HEARING DATE: _____ at _____ at the United States Courthouse, 510 19th Street, Bakersfield, CA 93301.

[ ] PROBATION to be [ ] unsupervised / [ ] supervised for a period of: _____.

[ ] RESTITUTION in the amount of $ _____, paid to: _____.

[ ] COMMUNITY SERVICE of _____ hours, to be completed by _____ with proof of completion made to Clerk of the Court (per Community Service Order & Instructions).

[ ] SPECIAL CONDITIONS: _____.

Payments must be made by Check or Money Order, payable to: Clerk, U.S.D.C., and sent to:

[ ] CENTRAL VIOLATIONS BUREAU  
P.O. Box 71363  
Philadelphia, PA 19176-1363  
1-800-827-2982  
-or-  
Pay on-line at www.cvb.uscourts.gov and Click on "Pay On-Line"

[✓] CLERK, United States District Court  
Eastern District of California- Fresno Division  
2500 Tulare Street, Suite 1501  
Fresno, CA 93721

Your check or money order must indicate your name and citation/case number show above to ensure your account is credited for payment received and that no late fees or warrants/abstracts attach to your case for failure to pay.

Dated: June 6, 2018

/s/ Jennifer L. Thurston  
Jennifer L. Thurston, U.S. Magistrate Judge